*E-Filed 11/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GRACE M. HONESTO,

        Plaintiff,

v.

STATE OF CALIFORNIA and ARNOLD SCHWARTZENEGGER,

        Defendants.

_____/

**No. C 09-03350 RS**

**ORDER SETTING STATUS CONFERENCE**

    Plaintiff Grace M. Honesto, who is acting *pro se*, filed this action on July 21, 2009 and has twice requested service of process by the United States Marshal's Service. The Court has denied both of her motions for service by the marshal, but has nonetheless issued summonses for the two defendants, hard copies of which have been mailed to Honesto. Honesto herself should take steps to have someone serve these two summonses, along with copies of her complaint. *See* Fed. R. Civ. P. 4(b)(2) ("Any person who is at least 18 years old and not a party may serve a summons and a complaint."); United States District Court for the Northern District of California, *Handbook for Litigants Without a Lawyer*, at 34-40 (providing step-by-step instructions for serving defendants with a summons and complaint).

    The case management conference scheduled for November 24, 2009, has been vacated. A status conference shall take place on **January 20, 2010, at 2:30 p.m.**, in Courtroom 4, 5th Floor,

1

280 South First Street, San Jose, California.  If Honesto has not effected service of process by that time, the action may be dismissed for failure to proceed.

IT IS SO ORDERED.

Dated: 11/20/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Grace M. Honesto
11010 Orleans River Court
Rancho Cordova, CA 95670


DATED:   11/20/09

                                        /s/ Chambers Staff
                                        Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California